**Order entered May 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00891-CV

**FIRST BANK & TRUST COMPANY, ET AL., Appellant**

**V.**

**CENTURA LAND CORPORATION F/K/A IORI CENTURA, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04743**

## ORDER

Asserting, in part, that the parties are attempting to settle their differences, appellants have filed a second unopposed motion to extend time to file their reply brief. We **GRANT** the May 5, 2015 motion and **ORDER** appellants to file either their reply brief or a motion to dismiss the appeal no later than July 14, 2015.

/s/　　CRAIG STODDART
　　　　JUSTICE